**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

PALM BEACH HAMPTON CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiffs,

vs.                                     CIVIL ACTION:

                                          **NOTICE OF REMOVAL**

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH DIVISION:**

      Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON") gives notice of removal of the above-captioned action, Case Number 2019-CA-006121, pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and hereby removes this action to the United States District Court for the Southern District of Florida, West Palm Beach Division.  In support of this Notice of Removal, LEXINGTON provides as follows:

      Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

6103787.1

1. Defendant, LEXINGTON, is an eligible insurer that issued a policy of insurance to the insured, Palm Beach Hampton Condominium Association, Inc. ("Insured"), under policy number 41-LX-067045973-3/000. *See* Policy, attached as Exhibit 1.

2. LEXINGTON INSURANCE COMPANY is the Defendant in the Complaint filed by Plaintiffs on May 9, 2019, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, case number 2019-CA-006121, styled as Palm Beach Hampton Condominium Association, Inc. v. Lexington Insurance Company. *See* Exhibit 2.

3. Service of Process was effected on LEXINGTON on June 18, 2019. *See* Notice of Service of Process, attached, *See* Exhibit 3.

4. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and which LEXINGTON is entitled to remove to this Honorable Court based upon diversity of citizenship.

5. The Plaintiff, Palm Beach Hampton Condominium Association, Inc., is Incorporated in the State of Florida, and principal place of business is in the state of Florida, for the purposes of diversity of citizenship. 28 U.S.C. § 1332(c)(2). *See* Exhibit 4.

6. Defendant is a Delaware corporation with its principal place of business located in Boston, Massachusetts; Defendant is not a citizen of Florida.

7. No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

8. Venue is proper in the Southern District of Florida because at all relevant times LEXINGTON was doing business in Florida as an insurer, and the suit for which this removal originates was filed by Plaintiffs in the Circuit Court in and for Palm Beach County. *See* Exhibit 2.

9. LEXINGTON issued a contract of insurance to the Insured for property located at 3100 S. Ocean Blvd., Palm Beach, FL 33480. *See* Exhibit 1.

10. Plaintiff claims that Defendant breached the Insurance Contract by refusing to pay for the full amount due and owing in breach of the Policy and in violation of the applicable Florida Statutes. *See* ¶ 11 of Complaint. Plaintiff claims that Defendant breached the Policy for the loss by failing to pay the full amount of the damages caused by the covered peril. *See* ¶ 17 of Complaint. Plaintiff claims that Defendant has breached its insurance contract by failing to adequately investigate, failing to properly adjust, and failing to pay all of the aforementioned benefits due and owing under the policy. *See* ¶ 18.

11. The total amount sought by the Plaintiff is $18,231,933.42. December 13, 2018, counsel for the Plaintiff sent a letter and copy of an estimate upon which the Plaintiff bases its claim that the Defendant did not pay for the full value of

covered damages. See letter, Exhibit 5. The estimate states that the net value of the claim for covered damages to the Plaintiff's dwelling is $18,231,933.42.

12. Accordingly, the amount in controversy exceeds $75,000.00.

13. Additionally, the Plaintiff seeks an award of attorney's fees and costs pursuant to Florida Statutes 627.428.

14. The jurisdictional facts were true at the time Plaintiffs filed their Complaint, and are true presently, at the time of removal.

15. This Notice of Removal is being filed timely in that the amount in controversy was not stated in the Complaint, and the Defendant received the demand by which it could be ascertained that the amount in controversy exceeds $75,000.00 on June 18, 2019.  *See* Exhibit 3, Notice of Service of Process.

16. The following items include all of the process, pleadings, and orders filed in this action, to date:

    a. Exhibit 1 – Policy

    b. Exhibit 2 – Complaint

    c. Exhibit 3 – Notice of Service of Process

    d. Exhibit 4 – Plaintiff's correspondence and Estimate

    e. Exhibit 5- Motion for Extension of Time to Answer Complaint

    f. Exhibit 6- Civil Cover Sheet

6103787.1

WHEREFORE, Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 2019-CA-006121 be removed from that court to the United States District Court for the Southern District of Florida, West Palm Beach Division.

Dated July 17, 2019

        Respectfully submitted.

        CLAUSEN MILLER P.C.

        /s/ Scott Dornstein

        Scott Dornstein, Esq., FBN: 757411
        4830 West Kennedy Blvd., #600
        Tampa, Florida 33609
        Tel: (312) 606-7782
        sdornstein@clausen.com
        aschaab@clausen.com
        pwalker@clausen.com
        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronic Notices of Electronic Filing.

**Javier Delgado, Esq.**
**Merlin Law Group, P.A.**
**222 Lakeview Ave., Ste. 950**
**West Palm Beach, FL 33401**
**jdelgado@merlinlawgroup.com**
**rpatrick@merlinlawgroup.com**
**tamaro@merlinlawgroup.com**

CLAUSEN MILLER P.C.

/s/ Scott Dornstein

Scott Dornstein, Esq., FBN: 757411
4830 West Kennedy Blvd., #600
Tampa, Florida 33609
Tel: (312) 606-7782
sdornstein@clausen.com
aschaab@clausen.com
pwalker@clausen.com
Counsel for Defendant