IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PALM BEACH HAMPTON
CONDOMINIUM ASSOCIATION, INC.,

    *Plaintiff,*

v.

LEXINGTON INSURANCE COMPANY,,

    *Defendant.*

CASE NO.:  9:19-cv-81029-RS

## NOTICE OF SETTLEMEMT

The parties respectfully notify the Court that they have reached a settlement to resolve all claims.  They anticipate fully documenting the settlement and dismissing this matter within the next 30 days.  The parties therefore request that the Court defer all further action until that time.

Respectfully submitted this 27th day of May 2020.

        Respectfully submitted,

        By: */s/ Javier Delgado*
        **Javier Delgado, FBN:560146**
        Merlin Law Group, P.A.
        222 Lakeview Avenue, Suite 1250
        West Palm Beach, FL 33401
        Tel. (561) 855-2120
        jdelgado@merlinlawgroup.com
        efont@merlinlawgroup.com
        tamaro@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following 27th day of May, 2020.

**Scott Dornstein,**
CLAUSEN MILLER P.C.
4830 West Kennedy Blvd., #600
Tampa, Florida 33609
sdornstein@clausen.com
aschaab@clausen.com
pwalker@clausen.com
Counsel for Defendant

*/s/ Javier Delgado*
**Javier Delgado**