UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81029-CIV-SMITH**

PALM BEACH HAMPTON
CONDOMINIUM ASSOCIATION,
INC.,

      Plaintiff,

vs.

LEXINGTON INSURANCE COMPANY,

      Defendant.
_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice [DE 19]. Accordingly, it is

    **ORDERED that:**

    1. This Matter is **DISMISSED with prejudice**.

    2. All pending motions not otherwise ruled upon are **DENIED** as moot.

    3. This case is **CLOSED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of July, 2020.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record